UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-62211-JEM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**NEW RUE21, LLC, a foreign limited liability company,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file the necessary dismissal document, dismissing the case with prejudice.

Dated:  January 19, 2023.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

LITTLER MENDELSON, P.C.
Counsel for Defendant
111 N Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: 407.393-2900
Facsimile: 407.393.2929
E-Mail: Krivera@littler.com

By */s/ Kimberly R. Rivera*
  KIMBERLY R. RIVERA
  Fla. Bar No. 124822