UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: **22-62211-CIV-MARTINEZ-BECERRA**

VICTOR ARIZA,

    Plaintiff,

v.

NEW RUE21, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. (ECF No. 18). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 21 day of February, 2023.

                                                         JOSE E. MARTINEZ
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record